UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYST ZAWADZKI,

            Plaintiff,

-against-

INS OR DEPT OF JUSTICE,

            Defendants.

21-CV-8272 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On October 6, 2021, the Court received this *pro se* action, purportedly brought by Kryst Zawadzki. This submission includes a one-page, unsigned, handwritten complaint and a one-page, unsigned, handwritten notice of appeal.

      To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. This submission was received without the filing fees or a completed and signed IFP application.

      A review of the Public Access to Court Electronic Records (PACER) system reveals that this submission, filed in the name of Kryst Zawadzki ("Zawadzki"), was filed by Young Yil Jo ("Jo").[1] A further search of Zawadzki's name on PACER shows that from February 11, 2019, through May 6, 2021, Jo filed 12 actions in the United States District Court for the Central

---

[1] A review of PACER reveals that Jo filed identical actions, in Zawadzki's name, in the United States District Court for the Central District of California, *see Zawadzki v. U. INS*, ECF 2:21-CV-7933, 1 (C.D. Ca. filed Oct. 4, 2021), and the United States District Court for Middle District of Florida, *see Zawadzki v. INS or Dep't of Justice*, ECF 6:21-CV-1647, 1 (M.D. Fla. filed Oct. 5, 2021).

District of California and the United States District Court for the Middle District of Florida, and in those actions, Jo included Zawadzki as a Plaintiff. *See* https://pcl.uscourts.gov/pcl/index.jsf.

Jo is not a stranger to this Court, where he has filed hundreds of actions. These actions have been filed in both his own name and in the names of other purported plaintiffs. Because of Jo's history in this Court, by order dated May 6, 2016, the Honorable Loretta A. Preska, in her capacity as Chief Judge, enjoined Jo from filing any new civil action or proceeding in the United States District Court for the Southern District of New York without first obtaining leave of the Court. *See In Re Young Yil Jo*, ECF 1:14-CV-7793, 3 (May 6, 2015). That order also dismissed the actions Jo brought in the names of other purported plaintiffs without prejudice to any civil action the purported plaintiffs wished to bring and barred Jo from filing any document in this Court in the name of another person. *Id.*

Because the Court finds that this action was filed by Jo, the Court dismisses this action without prejudice to any civil action that Zawadzki may wish to bring in the future.

The Court advises Jo that its May 6, 2015, order remains in effect. Jo is enjoined from filing any new civil action or proceeding in this Court without first obtaining leave of the Court. Jo also remains barred from filing any document in this Court in the name of another person.

The Court will continue to dismiss any complaint or proceeding filed by Jo in the name of another person without prejudice to any civil action that person may wish to bring in the future. Should Jo persist in filing actions in the name of other persons, the Court may impose additional restrictions and sanctions on him. *See* 28 U.S.C. § 1651.

## CONCLUSION

The Court dismisses this complaint without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Kryst Zawadzki at the address listed on the Court's docket, and to Young Yil Jo, at 1932 E. Washington Blvd., Pasadena, CA 91104, his address of record for *In Re Young Yil Jo*, ECF 1:14-CV-7793, and note service on the docket.

SO ORDERED.

Dated:   October 18, 2021
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge