UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRYST ZAWADZKI,<br><br>                              Plaintiff,<br><br>          -against-<br><br>INS OR DEPT OF JUSTICE,<br><br>                              Defendants. | 21-CV-8272 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 18, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to any civil action that Kryst Zawadzki may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 18, 2021
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge